IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **WILLIAM I. MARSHALL, pro se,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 15-00458-CG-C |
| | ) | |
| **QUINCY COMPRESSOR, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JUDGMENT

In accordance with the Court's order entered this date granting Defendant's motion for summary judgment, it is hereby **ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Defendant, **Quincy Compressor, LLC**, and against Plaintiff, **William I. Marshall**, and this case is hereby **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** this 14th day of September, 2016.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE